# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Scales, et al

　　　　　　　　　V.

Harrison, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**　　05cv1940-LAB(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted. The Petition is denied in its entirety with prejudice..........

| February 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON February 2, 2007